IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SUSANA VIEYTES JIMENEZ<br>Plaintiff<br>vs<br>UNIVERSITY OF PUERTO RICO<br>Defendant | CIVIL 17-2161CCC |

## JUDGMENT

It appearing that plaintiff Susana Vieytes Jiménez did not serve process upon defendant University of Puerto Rico within the term of ninety (90) days provided by Fed. R. Civ. P. 4(m), it is ORDERED AND ADJUDGED that this action be DISMISSED, without prejudice, as to said defendant.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on January 11, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge